Honorable George W. Cox - page 2

the employer or his agent, a certificate
signed by a legally licensed physician re-
siding in the county where said person is
to be employed, or is employed, attesting
the fact that the bearer had been actually
and thoroughly examined by such physician
within a week prior to the time of such
employment, and that such examination dis-
closed the fact that such person to be em-
ployed was free from any transmissible con-
dition of any infectious or contagious dis-
ease; * * *."

Thus, it is plain the statute does apply to
public sleeping places, and your question, therefore,
should be, and is answered "yes".

Very truly yours

ATTORNEY GENERAL OF TEXAS

APPROVED APR 15, 1942

FIRST ASSISTANT
ATTORNEY GENERAL

By

Ocie Speer
Assistant

OS-MR